ATTORNEYS AT LAW

CARLTON FIELDS

**Chrysler Building**
405 Lexington Avenue | 36th Floor
New York, New York 10174-0002
212.785.2577 | fax 212.785.5203
www.carltonfields.com

**Atlanta**
Florham Park
Hartford
Los Angeles
Miami
**New York**
Orlando
Tallahassee
Tampa
Washington, DC
West Palm Beach

**GRACE L PAN**
Shareholder
212.380.9633 Direct Dial
GPan@carltonfields.com

March 28, 2025

United States District Court
Southern District of New York
Attn: Honorable John P. Cronan
500 Pear Street, Room 1320
New York, NY 10007
(212) 805-0218
CronanNYSDChambers@nysd.uscourts.gov

**Via ECF**
**Via Email**

**Re: De Jesus et al. v. LT & LT LLC et al | Case No. 1:24-cv-09901-JPC**

Dear Honorable John P. Cronan,

We write on behalf of defendants Ms. Lan Cao and LT & LT LLC pursuant to Fed. R. Civ. P. 6(b) and Rule 3(B) of Your Honor's Individual Practices in Civil Cases requesting an extension of time up to and including May 2, 2025 to submit a responsive pleading to the pending Complaint.

Following entry of Your Honor's Mediation Referral Order of January 31, 2025 (Dkt #8), the parties have followed Your Honor's recommendation to diligently focus their efforts on ongoing potential settlement preparation.

(1) Currently, the deadline for filing a responsive pleading is April 8, 2025 (Dkt#13).

(2) The Defendants previously filed an unopposed Letter Motion on February 20, 2025 (Dkt #12), to extend the time for Defendants to file a responsive pleading to the pending Complaint up to and including April 8, 2025 (Dkt#13).

(3) The Defendants were under the impression that mediation would be completed by the end of March 2025 in compliance with Dkt #8 so that April 8, 2025, would provide Defendants with sufficient time to respond should the mediation not result in settlement. However, due to schedule conflicts, the initial mediation is not scheduled until April 9, 2025.

(4) Parties' counsels conferred via telephone on March 26, 2025 and Plaintiffs' counsel consented to extending the time for Defendants to file a responsive pleading to the pending Complaint from April 8, 2025 up to and including May 2, 2025.

Respectfully Submitted,
Carlton Fields, P.A.

By: /s/ Grace L. Pan
Grace L. Pan (GP6906)
Counsel for Defendants

cc: All counsel of record