UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ISIDRO DE JESUS, *et al.*,

                Plaintiffs,

    -v-                                          24 Civ. 9901 (JPC)

LT & LT LLC, *et al.*,                         ORDER

                Defendants.
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On May 1, 2025, Plaintiffs served Defendant Suong Chamnankool ("Chamnankool") with copies of the Summons and Amended Complaint. Dkt. 34. Chamnankool's deadline to respond to the Complaint was therefore May 22, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Amended Complaint from Chamnankool. Accordingly, the Court extends *sua sponte* Chamnankool's deadline to respond to the Complaint until May 29, 2025. If Chamnankool once again fails to respond to the Amended Complaint by their deadline to do so, Plaintiff shall seek a Certificate of Default as to this Chamnankool by June 5, 2025.

        Plaintiff is directed to mail a copy of this Order by First Class Mail to the address at which Chamnankool was served with the Summons and Complaint.

        SO ORDERED.

Dated: May 23, 2025
       New York, New York

                                                  JOHN P. CRONAN
                                          United States District Judge