UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ISIDRO DE JESUS, *et al.*,

                Plaintiffs,

      -v-                                                    24 Civ. 9901 (JPC)

LAN CAO and SUONG CHAMNANKOOL,                     ORDER

                Defendants.
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        Defendants Suong Doe and LT & LT LLC are dismissed without prejudice for the reasons stated on the record at the May 28, 2025 conference. Defendants Lan Cao and Suong Chamnankool remain parties to this action.

        The Clerk of Court is respectfully directed to update the caption of this case as reflected above and terminate Defendants Suong Doe and LT & LT LLC from this matter.

        SO ORDERED.

Dated: May 29, 2025
       New York, New York

                                                            JOHN P. CRONAN
                                                        United States District Judge