UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ISIDRO DE JESUS, *et al.*,                                             :
:
Plaintiffs,                                :
:
-v-                                                :        24 Civ. 9901 (JPC)
:
LAN CAO and SUONG CHAMNANKOOL,                                         :        <u>ORDER</u>
:
Defendants.                                :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The parties are directed not to file further discovery submissions on the docket, *see* Dkts.

53-55, unless such submission contains a request for Court intervention.

       SO ORDERED.

Dated: August 1, 2025                          _____
       New York, New York                          JOHN P. CRONAN
                                           United States District Judge