UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                  :

ISIDRO DE JESUS, *et al.*,              :

                      Plaintiffs,     :

          -v-                 :          24 Civ. 9901 (JPC)

LAN CAO and SUONG CHAMNANKOOL,     :            ORDER

                      Defendants.    :

                                    :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of Defendants' letter motions and replies concerning their discovery

dispute and unanswered crossclaims. Dkts. 63, 65-68. Counsel for all parties are ordered to appear

before the Court for a conference on November 5, 2025, at 4:00 p.m., in Courtroom 12D of the

Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

It is further ordered that counsel for all parties meet and confer in good faith for the purpose

of resolving their discovery disputes prior to the conference.

     SO ORDERED.

Dated: October 24, 2025
      New York, New York                  _____
                                           JOHN P. CRONAN
                                    United States District Judge