UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ISIDRO DE JESUS, *et al.*,

                  Plaintiffs,

        -v-                              24 Civ. 9901 (JPC)

LAN CAO and SUONG CHAMNANKOOL,         ORDER

                  Defendants.
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        For the reasons expressed on the record in yesterday's conference, the Court: (1) granted in part and denied in part Defendant Cao's motion to compel as to Plaintiffs, *see* Dkt. 65 at 1-2; (2) denied without prejudice Cao's motion to compel as to Defendant Chamnankool, *see id.* at 2-3; (3) stayed discovery as to the Cao's crossclaims pending Chamnankool's motion to dismiss the crossclaims; (4) extended the discovery deadline as to Plaintiff's Complaint to January 9, 2026, *see* Dkt. 70; and (5) set a briefing schedule for Chamnankool's motion to dismiss. Chamnankool's motion papers are due November 19, 2025, Cao's brief in opposition is due December 8, 2025, and Chamnankool's reply is due December 23, 2025.

        The Court will enter a separate order referring this dispute to mediation.

        The Clerk of Court is respectfully directed to close Docket Numbers 63, 65, 66, and 70.

        SO ORDERED.

Dated: November 6, 2025
       New York, New York

                                                               JOHN P. CRONAN
                                                          United States District Judge