UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                               :

ISIDRO DE JESUS, *et al.*,                    :

                        Plaintiffs,        :

                                              :        24 Civ. 9901 (JPC)

                    -v-                      :

                                              :          <u>ORDER</u>

LAN CAO and SUONG CHAMNANKOOL,    :

                                              :

                      Defendants.      :

                                              :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of the parties' joint status letter advising that Defendant Cao seeks to proceed with her motion to compel production of Plaintiffs' employment authorizations and Plaintiffs' bank statements, Dkt. 89. Dkt. 93. The letter states that three Plaintiffs have produced corrected employment authorizations, and the fourth, Eduardo Blanquel, will produce his shortly. *Id.* at 3. The letter also states that Plaintiffs proposed sharing bank information with Cao so that she may issue subpoenas for their bank records, and that Cao "indicated willingness to proceed that way." *Id.* Plaintiffs have produced their respective bank names, account names, and account numbers, albeit only late in the day on which the Court set a deadline for the status letter. *Id.* at 2-3. Lastly, the letter reflects that Cao has yet to produce the phone records the Court ordered must be produced at the conference on January 8, 2026. *Id.*

By February 5, 2026, Cao shall file a letter (1) advising whether she agrees to seek to obtain the bank records by subpoena and (2) providing the date by which she will produce her phone records. Also by February 5, 2026, Blanquel shall file a letter advising when he expects to produce his corrected employment authorization. Upon receiving this information, the Court will address what, if any, relief is warranted at this stage.

The parties are reminded that they must make efforts to resolve discovery disputes in good faith, which includes meeting and conferring on a timely basis.

SO ORDERED.

Dated: February 4, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

2