UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
ISIDRO DE JESUS, *et al.*,                                              :
                                                                        :
                                        Plaintiffs,                     :
                                                                        :        24 Civ. 9901 (JPC)
                -v-                                                      :
                                                                        :        ORDER
LAN CAO and SUONG CHAMNANKOOL,                                          :
                                                                        :
                                        Defendants.                     :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    The Court denies Defendant Cao's motion to compel, Dkt. 89, as moot, in light of her letter

stating that she will seek Plaintiffs' bank records by subpoena, Dkt. 96, and Plaintiffs' letter

advising that they produced their employment authorizations.  Dkt. 95.

    The Clerk of Court is respectfully directed to close Docket Number 89.

    SO ORDERED.

Dated: February 11, 2026
       New York, New York                           _____
                                                          JOHN P. CRONAN
                                                       United States District Judge