UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                            :

ISIDRO DE JESUS, *et al.*,           :

                      Plaintiffs,     :

                                       :         24 Civ. 9901 (JPC)

       -v-                :

                                       :           ORDER

LAN CAO and SUONG CHAMNANKOOL,   :

                                       :

                     Defendants.     :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Discovery concluded on February 23, 2026. *See* Minute Entry, Jan. 8, 2026. Plaintiffs have advised the Court that they do not seek to file a motion for summary judgment. Dkt. 95. By March 13, 2026, Defendants shall advise the Court whether either Defendant seeks to move for summary judgment on Plaintiff's claims.

       SO ORDERED.

Dated: March 6, 2026
       New York, New York                                 JOHN P. CRONAN
                                            United States District Judge