UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                          :

ISIDRO DE JESUS, *et al.*,                  :

                        :

                   Plaintiffs,      :

                        :        24 Civ. 9901 (JPC)

        -v-                :

                        :        <u>ORDER</u>

LAN CAO and SUONG CHAMNANKOOL,    :

                        :

                 Defendants.     :

                        :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

As discussed at yesterday's conference, a bench trial is scheduled to begin in this matter on August 17, 2026. The trial will concern Plaintiffs' claims against Defendants Lan Cao and Suong Chamnankool in the Amended Complaint. *See* Dkt. 24. The parties must familiarize themselves with the Court's Individual Rules and Practices for Civil Cases, available at https://www.nysd.uscourts.gov/hon-john-p-cronan. The joint proposed pretrial order and all other required pretrial filings (*i.e.*, joint proposed findings of fact and conclusions of law, motions addressing any issues that should be resolved *in limine*, and any pretrial memoranda of law) shall be filed in accordance with 7.B and 7.D of the Court's Individual Rules and Practices in Civil Cases by June 25, 2026. Any oppositions to motions *in limine* and responsive pretrial memoranda of law shall be filed by July 9, 2026. The Court will receive live direct examination testimony at trial, so the parties should disregard 7.F of its Individual rules.

The parties shall appear for a final pretrial conference on August 6, 2026, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The final pretrial conference must be attended by the attorney who will serve as principal trial counsel for each party.

The Parties shall submit thumb drives with electronic copies of all intended exhibits and an exhibit list by August 7, 2026.  Unless the Court orders otherwise, any exhibits and exhibit lists shall be submitted to the Court electronically, and the parties shall not submit hard copies.

    SO ORDERED.

Dated: April 29, 2026
      New York, New York

                        JOHN P. CRONAN
                 United States District Judge