# THE SAMUEL LAW FIRM

### ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018

PHONE: (212) 563-9884 | FAX: (212) 563-9870 | michael@thesamuellawfirm.com

**MICHAEL SAMUEL**                    June 22, 2026                    ADMITTED IN NY

*Via ECF; Total Pages: 1*
Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007

The request is denied.  Trial will proceed in accordance with the schedule that the parties agreed to previously.  *See* Dkt. 106.  The Clerk of Court is respectfully directed to close Dkt. 109.

SO ORDERED
June 22, 2026

JOHN P. CRONAN
United States District Judge

**RE:**          ***De Jesus et al v. LT & LT LLC et al.***
              **Docket No. 1:24-cv-09901-JPC**

Dear Judge Cronan:

This firm represents plaintiffs Isidro De Jesus, Bulfrano Casarubia, Luis Cordova, and Eduardo Blanquel ("Plaintiffs") in the above-referenced matter.

Pursuant the Court's Order dated April 29, 2026, the following deadlines and appearances are scheduled by the Court:
- A bench trial is scheduled to begin in this matter on August 17, 2026.
- The thumb drives with electronic copies of all intended exhibits and an exhibit list must be submitted by August 7, 2026.
- An in-person final pretrial conference is scheduled for August 6, 2026.
- The joint proposed pretrial order and all other required pretrial filings (i.e., joint proposed findings of fact and conclusions of law, motions addressing any issues that should be resolved in limine, and any pretrial memoranda of law) must be filed by June 25, 2026.
- Any oppositions to motions in limine and responsive pretrial memoranda of law shall be filed by July 9, 2026.

Pursuant to Rule 3.B. of Your Honor's Individual Rules and Practices in Civil Cases, the undersigned respectfully submits this letter motion, jointly with the defense counsel of Defendant Chamnankool, to request an adjournment of the bench trial and the related pretrial deadlines and appearances.

The reasons for the requested adjournment are as follows. Unfortunately, my summer plans have changed, and I will be out of town on August 17, 2026. In addition, Defendant Chamnankool works at a seasonal job and prefers a date in the fall.

I have conferred with the defense attorneys for both sets of defendants and we jointly propose the following dates for the bench trial and the corresponding deadlines and appearances:

1

- A bench trial be adjourned to October 12, 2026.
- The deadline to submit thumb drives containing electronic copies of all intended exhibits and the exhibit list be extended to October 2, 2026.
- An in-person final pretrial conference to be scheduled for October 1, 2026.
- The joint proposed pretrial order and all other required pretrial filings (i.e., joint proposed findings of fact and conclusions of law, motions addressing any issues that should be resolved in limine, and any pretrial memoranda of law) must be filed by August 20, 2026.
- Any oppositions to motions in limine and responsive pretrial memoranda of law shall be filed by September 3, 2026.

There have been no prior requests to adjourn these appearances or extend these deadlines, and the proposed extensions will not affect any other court appearance or deadline.

If any of the proposed dates are not convenient for the Court, the parties can confer and agree on new dates.

We appreciate the Court's attention and courtesies as to this matter.

Respectfully submitted,

 */s/ Michael Samuel*
By: Michael Samuel, Esq.
The Samuel Law Firm
*Attorneys for Plaintiffs*

2