ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018

PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.thesamuellawfirm.com

**MICHAEL SAMUEL**
E-MAIL: michael@samuelandstein.com

June 30, 2026

ADMITTED IN
NY

June 30, 2026

Via ECF & E-Mail

The Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

The request is granted. The parties shall file their joint pretrial order by July 10, 2026. The Clerk of Court is respectfully directed to close Docket Number 114.

SO ORDERED.
July 1, 2026
New York, New York



JOHN P. CRONAN
United States District Judge

**Re:** Isidro de Jesus et al. v. Lan Cao and Suong Chamnankool
Case No. 1-24-cv-9901-JPC

Dear Judge Cronan:

We represent the Plaintiffs in the above-entitled wage and hour action and respectfully write to request a further extension of time to file the Joint Pretrial Order ("JPTO") in this matter until July 10, 2026. The current deadline is July 2, 2026. This is a joint request from all the parties.

The reason for this request is that the parties have made substantial progress toward resolving this case and are very close to reaching a settlement. In light of the advanced state of settlement discussions, we respectfully submit that it would not be an efficient use of the parties' resources to expend the time and expense required to complete the JPTO, and that those resources would be better directed toward achieving a resolution of this matter.

We thank the Court for its attention to this matter and are available at the Court's convenience should the Court have any questions.

Respectfully submitted,


/s/ Michael Samuel
Michael Samuel, Esq.
THE SAMUEL LAW FIRM
Attorneys for Plaintiffs

Cc:    Grace Pan, Esq. (VIA ECF)
       Jonathan C. Sterling, Esq. (VIA ECF)
       Amrit Paul Singh, Esq. (VIA ECF)
       Simone Shuman, Esq. (VIA ECF)

Attorneys for Defendant Han Cao

William Brown, Esq. (VIA ECF)
Angela Sae Yun Kwon, Esq. (VIA ECF)
Attorneys for Suong Chamnankool