BROWN KWON & LAM LLP

Brown Kwon & Lam, LLP
Attorneys at Law
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel.: (212) 295-5828
Fax: (718) 795-1642
Email: info@bkllawyers.com

Writer's Direct: William Brown, Esq.
wbrown@bkllawyers.com

July 27, 2026

**Via ECF and E-Mail**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

The request is granted. The parties shall file the Rule 68 dismissal papers by August 4, 2026. The Court reserves the right to restore the trial to the Court's calendar. The Clerk of Court is respectfully directed to close Docket Number 118.

SO ORDERED.
July 28, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

Re: *Isidro de Jesus, et al. v. Lan Cao, et al.*
Case No. 1:24-cv-9901 (JPC)

Dear Judge Cronan,

We represent Defendant Suong Chamnankool in the above-captioned matter. We write jointly on behalf of the parties to respectfully request an eight-day extension of the deadline to submit the Rule 68 offer of judgment and related case-closing documents, from July 27, 2026, to August 4, 2026.

The parties have been working diligently to finalize the settlement documentation, which is substantially complete. Finalizing the documentation has required additional coordination because, in addition to resolving Plaintiff's wage-and-hour claims, the settlement must also address the claims between the Individual Defendants.

Although the parties have nearly completed the necessary documents, a brief additional period is required to complete their review, obtain signatures, and prepare the Rule 68 and dismissal papers for submission to the Court. Accordingly, the parties respectfully request that the deadline to submit those documents be extended through August 4, 2026.

This is the parties' first request for an extension of this deadline. The requested extension will not affect any other scheduled dates, as the trial date and related pretrial deadlines have been adjourned sine die.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ William Brown*
William Brown, Esq.

cc: All parties via ECF