THE SAMUEL LAW FIRM

ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.thesamuellawfirm.com

MICHAEL SAMUEL
E-MAIL: michael@samuelandstein.com

ADMITTED IN
NY

August 5, 2026

August 5, 2026

Via ECF

The Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

The request is granted. The parties shall file their Rule 68 dismissal papers by August 10, 2026. The Clerk of Court is respectfully directed to close Docket Number 120.

SO ORDERED.
August 5, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

**Re:** Isidro de Jesus et al. v. LT & LT LLC d/b/a V Café et al.
Case No. 1-24-cv-9901-JPC

Dear Judge Cronan:

We represent the Plaintiffs in the above-entitled wage and hour action and respectfully write to request a further extension of time to file the Rule 68 Offer of Judgments in this matter. This is a joint request from all the parties.

The reason for this request is that the parties have agreed to a resolution of this matter but had to work out a few final details of the settlement agreement. I believe that all the issues have now been resolved. We expect to circulate the settlement agreement no later than tomorrow and will file the Rule 68's and the Notice of Acceptance shortly thereafter.

We thank the Court for its attention to this matter and are available at the Court's convenience should the Court have any questions.

Respectfully submitted,

/s/ Michael Samuel
Michael Samuel, Esq.
THE SAMUEL LAW FIRM
Attorneys for Plaintiffs

Cc: Grace Pan, Esq. (VIA ECF)
Jonathan C. Sterling, Esq. (VIA ECF)
Amrit Paul Singh, Esq. (VIA ECF)
Simone Shuman, Esq. (VIA ECF)

Attorneys for Defendants LT & LT LLC and Lan Cao
William Brown, Esq. (VIA ECF)
Angela Sae Yun Kwon, Esq. (VIA ECF)
Attorneys for Suong Chamnankool