UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ISIDRO DE JESUS, *et al.*,<br><br>Plaintiffs,<br><br>-v-<br><br>LAN CAO and SUONG CHAMNANKOOL,<br><br>Defendants. | : | 24 Civ. 9901 (JPC)<br><br><u>ORDER</u> |

JOHN P. CRONAN, United States District Judge:

The parties shall appear for a teleconference tomorrow, August 13, 2026, at 9:30 a.m. to discuss their Rule 68 filings. At the scheduled time, the parties shall call (855) 244-8681, access code 2302 755 2307. The parties should prepare to address the following at the conference:

- Plaintiffs' counsel filed a Proposed Judgment as to Plaintiff Luis Cordova and Defendant Lan Cao, Dkt. 126, but the docket does not reflect a Notice of Acceptance of Offer of Judgment concerning those two parties.
- Plaintiffs' counsel filed Proposed Judgments as to Plaintiffs' claims against Cao, Dkts. 125-128, but the docket does not reflect Proposed Judgments as to Plaintiffs' claims against Defendant Suong Chamnankool.
- The parties' joint letter dated July 10, 2026, stated that their settlement in principle "resolv[es] this matter in its entirety." Dkt. 116. The Proposed Judgments, however, appear to resolve only Plaintiffs' Fair Labor Standards Act claims and not their New York Labor Law claims. Indeed, the Proposed Judgments provide, *inter alia*, that Plaintiffs' "claims under the New York Labor Law . . . shall remain pending." Plaintiffs should address whether they consent to dismissal without

prejudice of their New York Labor Law. *See* 28 U.S.C. § 1367(c)(3) ("The district courts may decline to exercise supplemental jurisdiction over a claim under subsection (a) if . . . the district court has dismissed all claims over which it has original jurisdiction . . . .").

- Cao shall advise whether the Court correctly understands the parties' representation that "this matter" has been resolved "in its entirety" to mean that she consents to dismissal of her cross-claims against Chamnankool.

SO ORDERED.

Dated: August 12, 2026
New York, New York

JOHN P. CRONAN
United States District Judge