**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ISIDRO DE JESUS, BULFRANO CASARUBIAS a/k/a FANO CASARRUBIAS, LUIS CORDOVA, and EDUARDO BLANQUEL,

Plaintiffs,

-against-

LAN CAO and SUONG CHAMNANKOOL,

Defendants.

Case No.: 1:24-cv-09901 (JPC)(BCM)

**JUDGMENT IN FAVOR OF BULFRANO CASARUBIAS A/K/A FANO CASARRUBIAS AS TO DEFENDANT LAN CAO**

Defendant Lan Cao ("Cao") having served upon Plaintiff Bulfrano Casarubias a/k/a Fano Casarrubias ("Plaintiff") an Offer of Judgment pursuant to Federal Rule of Civil Procedure 68(a) in the amount of Twenty-Five Thousand Two Hundred Fifty-Seven Dollars and Eighty-Five Cents ($25,257.85), and Plaintiff having timely accepted said Offer by Notice of Acceptance, and the Offer, the Notice of Acceptance, and proof of service thereof having been filed with the Clerk of the Court pursuant to Fed. R. Civ. P. 68(a);

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff Bulfrano Casarubias a/k/a Fano Casarrubias and against Defendant Lan Cao in the amount of Twenty-Five Thousand Two Hundred Fifty-Seven Dollars and Eighty-Five Cents ($25,257.85), in full and final satisfaction of Plaintiff's claims against Defendant Lan Cao under the Fair Labor Standards Act in this action.

This Judgment resolves only Plaintiff's Fair Labor Standards Act claims against Defendant Lan Cao. It does not resolve, and shall have no effect upon, Plaintiff's claims against Defendant Suong

Chamnankool, Plaintiff's claims under the New York Labor Law, or the claims of any other Plaintiff in this action, all of which shall remain pending.

Dated: New York, New York
August 13, 2026

SO ORDERED.

John P. Cronan
United States District Judge