**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ISIDRO DE JESUS, BULFRANO CASARUBIAS a/k/a FANO CASARRUBIAS, LUIS CORDOVA, and EDUARDO BLANQUEL,<br><br>Plaintiffs,<br><br>-against-<br><br>LAN CAO and SUONG CHAMNANKOOL,<br><br>Defendants. | Case No.: 1:24-cv-09901 (JPC)(BCM)<br><br>**JUDGMENT IN FAVOR OF ISIDRO DE JESUS AS TO DEFENDANT LAN CAO** |

Defendant Lan Cao ("Cao") having served upon Plaintiff Isidro De Jesus ("Plaintiff") an Offer of Judgment pursuant to Federal Rule of Civil Procedure 68(a) in the amount of Thirty-Four Thousand Seven Hundred Forty-Two Dollars and Fifteen Cents ($34,742.15), and Plaintiff having timely accepted said Offer by Notice of Acceptance, and the Offer, the Notice of Acceptance, and proof of service thereof having been filed with the Clerk of the Court pursuant to Fed. R. Civ. P. 68(a);

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff Isidro De Jesus and against Defendant Lan Cao in the amount of Thirty-Four Thousand Seven Hundred Forty-Two Dollars and Fifteen Cents ($34,742.15), in full and final satisfaction of Plaintiff's claims against Defendant Lan Cao under the Fair Labor Standards Act in this action.

This Judgment resolves only Plaintiff's Fair Labor Standards Act claims against Defendant Lan Cao. It does not resolve, and shall have no effect upon, Plaintiff's claims against Defendant Suong Chamnankool, Plaintiff's claims under the New York Labor Law, or the claims of any other Plaintiff in this action, all of which shall remain pending.

Dated: New York, New York
August 13, 2026

SO ORDERED.

John P. Cronan
United States District Judge