**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ISIDRO DE JESUS, BULFRANO CASARUBIAS a/k/a FANO CASARRUBIAS, LUIS CORDOVA, and EDUARDO BLANQUEL,<br><br>Plaintiffs,<br><br>-against-<br><br>LAN CAO and SUONG CHAMNANKOOL,<br><br>Defendants. | Case No.: 1:24-cv-09901 (JPC)(BCM)<br><br>**JUDGMENT**<br>**IN FAVOR OF BULFRANO CASARUBIAS A/K/A FANO CASARRUBIAS**<br>**AS TO DEFENDANT SUONG CHAMNANKOOL** |

Defendant Suong Chamnankool ("Chamnankool") having served upon Plaintiff Bulfrano Casarubias a/k/a Fano Casarrubias ("Plaintiff") an Offer of Judgment pursuant to Federal Rule of Civil Procedure 68(a) in the amount of Two Thousand Dollars and No Cents ($2,000.00), and Plaintiff having timely accepted said Offer by Notice of Acceptance, and the Offer, the Notice of Acceptance, and proof of service thereof having been filed with the Clerk of the Court pursuant to Fed. R. Civ. P. 68(a);

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff Bulfrano Casarubias a/k/a Fano Casarrubias and against Defendant Suong Chamnankool in the amount of Two Thousand Dollars and No Cents ($2,000.00), in full and final satisfaction of Plaintiff's claims against Defendant Suong Chamnankool under the Fair Labor Standards Act in this action.

This Judgment resolves only Plaintiff's Fair Labor Standards Act claims against Defendant Suong Chamnankool. It does not resolve, and shall have no effect upon, Plaintiff's claims against Defendant

Lan Cao, Plaintiff's claims under the New York Labor Law, or the claims of any other Plaintiff in this action, all of which shall remain pending.

Dated: New York, New York
August 13, 2026

SO ORDERED.

HON. JOHN P. CRONAN
United States District Judge