UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

ISIDRO DE JESUS, *et al.*,

Plaintiffs,

-v-

LAN CAO and SUONG CHAMNANKOOL,

Defendants.

---------------------------------------------------------------------- X

24 Civ. 9901 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

As discussed on the record at the conference on August 13, 2026, Plaintiffs' New York Labor Law claims are dismissed with prejudice and Defendant Lan Cao's crossclaims against Defendant Suong Chamnankool are dismissed with prejudice. The Clerk of Court is respectfully directed to terminate the case.

SO ORDERED.

Dated: August 13, 2026
New York, New York

JOHN P. CRONAN
United States District Judge